**Order entered August 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00981-CV

**IN RE GUIDEONE NATIONAL INSURANCE COMPANY, ET AL., Relators**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09972**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relators to bear the costs of this original proceeding.

/s/    DAVID J. SCHENCK
       JUSTICE